IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA PALACIOS,<br><br>  Plaintiff,<br><br>  vs.<br><br>BRIAN TATARJAN, et. al.,<br><br>  Defendants. | **Old Case No. 1:09-cv-586 AWI GSA**<br>**New Case No. 1:09-cv-586 AWI SMS**<br><br>ORDER DISQUALIFYING<br>MAGISTRATE JUDGE |

Good cause appearing, the undersigned disqualifies himself from all proceedings in the present action. The Clerk of the Court has reassigned this case to Magistrate Judge Sandra M. Snyder's docket. Accordingly, the new case number shall be **1:09-cv-586 AWI SMS**. All future pleadings shall be so numbered. Failure to use the correct case number may result in a delay in your documents being received by the correct judicial officer.

IT IS SO ORDERED.

  Dated:  **April 3, 2009**          /s/ **Gary S. Austin**
                             UNITED STATES MAGISTRATE JUDGE

1