# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GLORIA PALACIOS, | ) | 1:09cv0586 OWW DLB |
| | ) | |
| Plaintiff, | ) ) ) | ORDER DIRECTING CLERK TO FILE PLAINTIFF'S EX PARTE REQUEST FOR ADA ACCOMMODATION FOR |
| v. | ) | MEANINGFUL ACCESS TO COURT |
| | ) | |
| BRIAN TATARJAN, et al., | ) ) ) | ORDER GRANTING PLAINTIFF'S REQUEST TO FILE FIVE PAGES OF MEDICAL DOCUMENTATION **UNDER SEAL** |
| | ) | |
| Defendants. | ) ) | |

Plaintiff Gloria Palacios ("Plaintiff"), appearing pro se, filed the instant civil rights action on April 1, 2009.  A Scheduling Conference is currently set for August 28, 2009.

Plaintiff submitted a document entitled "Ex Parte Request for ADA Accommodation to Meaningful Access to Court" on August 4, 2009.  In support of her request, she submitted four pages of medical documentation and correspondence.  Plaintiff requests that these documents remain confidential.

The Clerk of Court is DIRECTED to FILE Plaintiff's request, along with her supporting documentation.  The five pages of medical documentation and correspondence SHALL BE

1  FILED UNDER SEAL, as the Court finds that Plaintiff's privacy interest in her private medical
2  information outweighs any countervailing interest in disclosure at this point in the litigation, and
3  constitutes a compelling reason for filing the documents under seal.  Local Rule 39-141(a).

5    IT IS SO ORDERED.
6    Dated:   **August 18, 2009**                        **/s/ Dennis L. Beck**
                                                         UNITED STATES MAGISTRATE JUDGE