1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| GLORIA PALACIOS,<br><br>    Plaintiff,<br><br>  v.<br><br>BRIAN TATARJAN, et al.,<br><br>    Defendants. | 1:09-CV-00586 OWW DLB<br><br>ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION |
|---|---|

    The parties appeared for a scheduling conference before the undersigned district judge on August 28, 2009, at which time Plaintiff's request for an extension of time to file an amended complaint was granted.  *See* Docket Entry ("Doc.") 13.  Plaintiff was given until September 30, 2009 to file an amended complaint.  As of the date of entry of this order, she has not filed any amended complaint or otherwise communicated with the Court.

    Accordingly, Plaintiff is ordered to appear in Courtroom 3

1

PDF created with pdfFactory trial version www.pdffactory.com

1  (OWW) on November 16, 2009 at 10:00AM to show cause why this case
2  should not be dismissed for lack of prosecution.
3
4  IT IS SO ORDERED:
5  Date: November 3, 2009              /s/ OLIVER W. WANGER

2

PDF created with pdfFactory trial version www.pdffactory.com